UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

Suffolk, ss.

| | |
|---|---|
| Mikayla Short ) | |
| ) | |
| v. ) | Docket no. |
| ) | |
| Jane Doe ) | |

## Complaint

1. Mikayla Short is a young college student and the plaintiff in this case. She has ties to Massachusetts and the greater Boston area.

2. Jane Doe is the unidentified driver and defendant in this case.

**The incident**

3. On or about February 11, 2020, at about 2:02 PM, Ms. Short was struck by a car at or near Barlow Circle.

4. On the day in question, it was lightly raining and Ms. Short was wearing a bright pink jacket.

5. Ms. Short was a pedestrian crossing the street in Providence, Rhode Island, in front of the University of Rhode Island dining hall.

6. The portion of street where the incident occurred was at an intersection with a rotary.

7. The driver was driving a silver-colored SUV. The vehicle is a Jeep with a New York license plate (HME9417).

8. The driver ran the stop sign and Ms. Short jumped out of the way.

9. Nonetheless, Ms. Short was struck in the arm by the car's side mirror.

10. The driver stopped and checked on Ms. Short. Both ladies walked to the police station in the Barlow dormitory.

11. The police separated the two ladies and took their statements.

12. Ultimately, Ms. Short was not given the name or identity of the driver. Nor was she given insurance information for the car or driver.

13. To the best of Ms. Short's recollection the other driver answers to the following description: Approximately 5'7", about 130 pounds, self-identified as a Sophomore at URI, blond hair, pale skin, either green or brown eyes.

14. Ms. Short was taken to the hospital and given an x-ray.

15. Ms. Short now has significant hospital bills which she is unable to afford.

16. She is now being hunted by creditors for the

**Relief**

17. Ms. Short seeks to obtain the identity of the driver and/or the vehicle's insurance company to make a claim for compensation, contribution, or indemnification to make her whole.

18. Ms. Short seeks to be made whole for her injuries.

19. This court has jurisdiction over these claims with an interstate component.

20. The Plaintiff further seeks any relief the court deems just and equitable.

Respectfully Submitted,

Mikayla Short
By her attorney
/S/ Michael Walsh
Michael Walsh
BBO681001
Walsh & Walsh LLP
Po Box 9
Lynnfield, MA 01940
617-257-5496
Walsh.lynnfield@gmail.com